UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELADIER ZARATE,

    Plaintiff,

    v.

UNITED STATES GOVERNMENT,

    Defendant.

Case No. 15-cv-4367-PJH

**REFERRAL FOR DETERMINATION WHETHER CASES ARE RELATED**

Pursuant to Civil Local Rule 3-12(c), the above-entitled matter is referred to the Hon. Claudia Wilkin for a determination whether it is related to <u>U.S.A. v. Noriega</u>, 08-cr-0836-CW.

**IT IS SO ORDERED.**

Dated: September 25, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge