UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELADIER ZARATE,<br><br>        Petitioner,<br><br>    v.<br><br>UNITED STATES GOVERNMENT,<br><br>        Respondent. | Case No. 15-cv-4367-PJH<br><br>**ORDER TO SHOW CAUSE** |

Petitioner Eladier Zarate, a federal prisoner, filed a pro se petition for writ of mandamus on September 23, 2015. However, he did not pay the filing fee or complete the In Forma Pauperis ("IFP") affidavit at the time of filing, and did not complete and return the IFP application which was mailed to him on October 19, 2015.

No later than December 16, 2015, petitioner shall either pay the fee or submit the completed IFP application, or show cause why the court should not dismiss the petition for failure to pay the filing fee.

**IT IS SO ORDERED.**

Dated: November 25, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge